**XAVIER BECERRA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555
Telephone: (916) 210-7522
Facsimile: (916) 322-8288
E-Mail: Neli.Palma@doj.ca.gov

October 31, 2019

Honorable William H. Alsup
U.S. District Court for the Northern District of California
San Francisco Courthouse, Courtroom 8 -19th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

    Re: *CCSF v. Azar*, Case No. 3:19-cv-02405 –WHA; *California v. Azar*, Case No. 3:19-cv-02769-WHA, *Santa Clara, et al v. Azar*, Case No.3:19-cv-02916 -WHA

Dear Judge Alsup:

    Pursuant to the Court's instruction at the October 30, 2019 hearing, Plaintiff State of California, on behalf of all Plaintiffs in the above-named related cases, contacted Defendants to see whether they would be amenable to entering into a stipulation to delay the effective start date of the Final Rule under 5 U.S.C. § 705. Specifically, Plaintiffs suggested delaying the effective start date to January 22, 2020, to allow the Court additional time to consider the issues presented in the cross-motions for summary judgment. Defendants responded that they "do not agree to delaying the effective date of the rule."

                                  Sincerely,

                                  *Neli N. Palma*

                                NELI N. PALMA
                                Deputy Attorney General

                For      XAVIER BECERRA
                          Attorney General

# CERTIFICATE OF SERVICE

Case Name:  **State of California v. Alex M. Azar, et al.**   No.   **3:19-cv-02769-WHA**

I hereby certify that on October 31, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**OCTOBER 31, 2019 LETTER TO JUDGE ALSUP RE POSSIBLE STIPULATION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 31, 2019, at Sacramento, California.

| Ashley Harrison | /s/ *Ashley Harrison* |
|:---:|:---:|
| Declarant | Signature |

SA2019501805
14240585.docx