UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, by and through ATTORNEY GENERAL XAVIER BECERRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEX M. AZAR, in his official capacity as Secretary of the Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, AND DOES 1-100,<br><br>　　　　Defendants. | No. C 19-02769 WHA<br><br>**ORDER RE MOTION FOR ENTRY OF PARTIAL FINAL JUDGMENT UNDER RULE 54(B)** |

Plaintiff State of California has filed a motion for entry of partial judgment under Rule 54(b) arguing that it is necessary to allow for appeals of the November 2019 ruling. A Rule 54(b) judgment is not warranted here. California was the prevailing party in the November 2019 ruling, meaning defendants are the ones that may seek an appeal, not California. The plaintiffs in the companion cases have already stipulated to judgments that dismiss their remaining claims. Given that California may participate as an amicus in the companion cases on appeal, and given that certain APA claims, constitutional claims, and a FOIA claim remain pending, California has not shown good cause for a Rule 54(b) partial judgment.

This case will remain in district court pending the unresolved claims.  California may participate as an amicus in the appeals process.  The motion is accordingly **DENIED**.

**IT IS SO ORDERED.**

Dated:  March 20, 2020.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE