XAVIER BECERRA
Attorney General of California
KATHLEEN BOERGERS, State Bar No. 213530
KARLI EISENBERG, State Bar No. 281923
STEPHANIE YU, State Bar No. 294405
NELI N. PALMA, State Bar No. 203374
  1300 I Street, Suite 125, P.O. Box 944255
  Sacramento, CA 94244-2550
  Tel: (916) 210-7522; Fax: (916) 322-8288
  E-mail: Neli.Palma@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

JOSEPH H. HUNT
Assistant Attorney General
DAVID M. MORRELL
Deputy Assistant Attorney General
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
MICHELLE BENNETT
Assistant Branch Director, Civil Division
REBECCA M. KOPPLIN
BENJAMIN T. TAKEMOTO
VINITA B. ANDRAPALLIYAL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, by and through ATTORNEY GENERAL XAVIER BECERRA,**<br><br>Plaintiff,<br><br>v.<br><br>**ALEX M. AZAR, in his official capacity as Secretary of the U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; DOES 1-100,** | Case No. 3:19-cv-02769-WHA<br><br>~~[PROPOSED]~~ **FINAL JUDGMENT** |

|   |   |
|---|---|
| 1 | Defendants. |
| 2 |   |

3   Pursuant to the parties' stipulation and the Court's November 19, 2019 Order Re Motions to Dismiss and For Summary Judgment and Requests for Judicial Notice, ECF No. 143, the Court hereby orders and enters the following dispositions:

6   1.   Plaintiff State of California's Motion for Summary Judgment (ECF No. 113) is GRANTED as to its First Cause of Action and Second Cause of Action.

8   2.   Judgment is HEREBY ENTERED in favor of Plaintiff State of California, and the challenged rule, "Protecting Statutory Conscience Rights in Health Care; Delegations of Authority, " RIN 0945-AA10, 84 Fed. Reg. 23,170 (May 21, 2019),  is set aside and shall be unenforceable.

12   3.   Plaintiff State of California's cause of action under the Freedom of Information Act (the Ninth Cause of Action) is DISMISSED WITH PREJUDICE in accordance with the parties' stipulation.

15   4.   The remaining causes of action (Third, Fourth, Fifth, Sixth, Seventh, and Eighth Causes of Action) are DISMISSED AS MOOT.

17   5.   Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment (ECF No. 54) is DENIED.

20   IT IS SO ORDERED.

Dated:   May 26, 2020.

_____
The Honorable William Alsup